**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Oscar ASCENCION–GUARDADO, also known as Chris Ascencion, also known as Chris Sanchez, Defendant–Appellant.**

**No. 05–10328.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

Susan B. Cowger, Sarah Ruth Saldana, Dallas, TX, for Plaintiff–Appellee.

Victor Amador, Law Offices of Victor Amador, Dallas, TX, for Defendant–Appellant.

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Oscar Ascencion–Guardado raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.